

| | |
|---|---|
| 1 | |
| 2 | JOHN L. BURRIS, Esq./ State Bar # 69888 |
| 3 | LAW OFFICES OF JOHN L. BURRIS<br>7677 Oakport Street, Suite 1120 |
| 4 | Oakland, CA 94621<br>Telephone: (510) 839-5200 |
| 5 | Facsimile: (510) 839-3882 |

JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG LAWSON McGIFFIN,    Action No. C07-04589

    Plaintiff,    **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

vs.

CITY AND COUNTY OF SAN FRANCISCO,
a municipal corporation; HEATHER FONG,
in her capacity as Chief of Police for CITY AND
COUNTY OF SAN FRANCISCO;
ALBERTO ESPARZA, individually, and in his
capacity as a police officer for CITY AND COUNTY
OF SAN FRANCISCO; LAMAR TONEY, individually,
and in his capacity as a police officer for CITY AND
COUNTY OF SAN FRANCISCO; and, DOES 1-25,
inclusive,

    Defendants.    /

    Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

    LAW OFFICES OF GAYLA B. LIBET

Dated: 8-24-07    By: /s/ Gayla B. Libet
    GAYLA B. LIBET, Esq.
    Attorneys for Plaintiff