JOHN L. BURRIS, ESQ. SB #69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport St., Suite 1120
Oakland, CA 94621
(510) 839-5200
(510) 839-3882 fax

GAYLA B. LIBET, ESQ. SB #109173
LAW OFFICE OF GAYLA B. LIBET
486 – 41st Street, #3
Oakland, CA 94609

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG MCGIFFIN, | Case No.: C07-04589 |
| Plaintiffs, | SUMMONS RETURNED EXECUTED |
| v. | SERVED: MAYOR'S OFFICE FOR THE CITY & COUNTY OF SAN FRANCISCO |
| CITY & COUNTY OF SAN FRANCISCO, et al. | |
| Defendants. | PROOF OF SERVICE |

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹ — City and County

DATE: September 13, 2007

Name of SERVER: Ted Thrower

TITLE: Process Server

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: Office of the Mayor, City Hall Room 200, 1 Dr Carlton B. Goodlett Pl. S.F. 94102

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $4 | $55 | $59 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Sept. 13, 2007

Signature of Server

Address of Server: 842 46th St. Oakland 94608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.