```
 1  JOHN L. BURRIS, ESQ. SB #69888
    LAW OFFICES OF JOHN L. BURRIS
 2  Airport Corporate Centre
    7677 Oakport St., Suite 1120
 3  Oakland, CA  94621
    (510) 839-5200
 4  (510) 839-3882 fax
 5
 6  GAYLA B. LIBET, ESQ. SB #109173
    LAW OFFICE OF GAYLA B. LIBET
 7  486 – 41st Street, #3
    Oakland, CA  94609
 8
 9  Attorneys for Plaintiff
10
11              UNITED STATES DISTRICT COURT
12
                NORTHERN DISTRICT OF CALIFORNIA
13
14  CRAIG MCGIFFIN,                    )  Case No.: C07-04589
                                       )
15          Plaintiffs,                )
        v.                             )  SUMMONS RETURNED EXECUTED
16                                     )  SERVED: HEATHER FONG, CHIEF
                                       )  OF POLICE FOR THE CITY AND
17  CITY & COUNTY OF SAN FRANCISCO, et al. )  COUNTY OF SAN FRANCISCO
                                       )
18          Defendants.                )  PROOF OF SERVICE
                                       )
19  _____)
```

McGiffin v. City and County of San Francisco C07-04589
Case 4:07-cv-04589-CW    Document 5    Filed 09/20/2007    Page 2 of 2
AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE Chief Heather Fong

Service of the Summons and Complaint was made by me¹

DATE: Sept. 13, 2007

Name of SERVER: Ted Thrower

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Officer T. Lee #798
850 Bryant St.
San Francisco, CA 94103

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        | $40      | $40   |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-13-07
Date

Signature of Server

842 46th St., Oakland, CA 94608
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.