1 | JOHN L. BURRIS, ESQ. SB #69888
LAW OFFICES OF JOHN L. BURRIS
2 | Airport Corporate Centre
3 | 7677 Oakport St., Suite 1120
Oakland, CA 94621
4 | (510) 839-5200
5 | (510) 839-3882 fax

6 | GAYLA B. LIBET, ESQ. SB #109173
LAW OFFICE OF GAYLA B. LIBET
7 | 486 – 41st Street, #3
Oakland, CA 94609
8 |

9 | Attorneys for Plaintiff

10

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13

14 | CRAIG MCGIFFIN,                              )    Case No.: C07-04589
                                                 )
15 |        Plaintiffs,                          )    SUMMONS RETURNED EXECUTED
            v.                                   )    SERVED: LAMAR TONEY,
16 |                                             )    POLICE OFFICER FOR THE CITY
17 | CITY & COUNTY OF SAN FRANCISCO, et al.      )    AND COUNTY OF SAN FRANCISCO
                                                 )
18 |        Defendants.                          )    PROOF OF SERVICE
19 | _____)

09/19/2007 07:53    5477897    PAGE 06

MC Giffin vs. City and County of San Francisco C07-04589

Case 4:07-cv-04589-CW    Document 6    Filed 09/20/2007    Page 2 of 2

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Officer Lamar Toney #99(?)

Service of the Summons and Complaint was made by me [1]

DATE: Sept. 13, 2007

Name of SERVER: Ted Thrower

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

I. Furminger #1297    Served at 3:15 pm
630 Valencia
San Francisco, CA 94110

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $40 | $40 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/13/07
Date

Signature of Server

Address of Server: 842 46th St., Oakland, CA 94608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.