1  JOHN L. BURRIS, ESQ. SB #69888
   LAW OFFICES OF JOHN L. BURRIS
2  Airport Corporate Centre
3  7677 Oakport St., Suite 1120
   Oakland, CA 94621
4  (510) 839-5200
   (510) 839-3882 fax
5

6  GAYLA B. LIBET, ESQ. SB #109173
   LAW OFFICE OF GAYLA B. LIBET
7  486 – 41st Street, #3
   Oakland, CA 94609
8

9  Attorneys for Plaintiff
10

11              UNITED STATES DISTRICT COURT
12
               NORTHERN DISTRICT OF CALIFORNIA
13

14  CRAIG MCGIFFIN,                )   Case No.: C07-04589
                                   )
15          Plaintiffs,             )   SUMMONS RETURNED EXECUTED
         v.                        )   SERVED: ALBERTO ESPARZA,
16                                 )   POLICE OFFICER FOR THE CITY
17  CITY & COUNTY OF SAN FRANCISCO, et al. )   AND COUNTY OF SAN FRANCISCO
                                   )
18          Defendants.             )   PROOF OF SERVICE
19  _____)

20
21
22
23
24
25
26
27
28

## RETURN OF SERVICE  Officer Alberto Esparza #415

Service of the Summons and Complaint was made by me

DATE: Sept. 13, 2007

Name of SERVER: Ted Thrower

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

I. Furminger #1597
630 Valencia
San Francisco, CA 94110
Served at 3:15 pm

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $40 | $40 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-13-07
Date

Signature of Server

842 46th St., Oakland, CA 94608
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.