DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4283
Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, IN HER OFFICIAL CAPACITY,
OFFICER ALBERTO ESPARZA, AND OFFICER LAMAR
TONEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG LAWSON McGRIFFIN,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for CITY AND COUNTY OF SAN FRANCISCO; ALBERT ESPARZA, individually, and in his capacity as a police officer for CITY AND COUNTY OF SAN FRANCISCO; LAMAR TONEY, individually, and in his capacity as a police officer for CITY AND COUNTY OF SAN FRANCISCO, and DOES 1-25, inclusive,<br><br>          Defendants. | Case No. C07-4589 BZ<br><br>**DEFENDANTS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1    REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Defendants City and County of San Francisco, Chief Heather Fong, Officer Alberto Esparza, and Officer Lamar Toney hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated: October 10, 2007

          DENNIS J. HERRERA
          City Attorney
          JOANNE HOEPER
          Chief Trial Deputy
          SCOTT D. WIENER
          Deputy City Attorney

               -/s/-   Scott D. Wiener
By:_____
          SCOTT D. WIENER

          Attorneys for Defendants
          CITY AND COUNTY OF SAN FRANCISCO,
          HEATHER FONG, IN HER OFFICIAL CAPACITY,
          OFFICER ALBERTO ESPARZA, AND OFFICER
          LAMAR TONEY