**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                            415.522.2000


**October 15, 2007**


**CASE NUMBER:  CV 07-04589 BZ**
**CASE TITLE:  CRAIG LAWSON MCGIFFIN-v-CITY AND COUNTY OF SAN FRANCISCO**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable CLAUDIA WILKEN**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW**  immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/15/07


FOR THE EXECUTIVE COMMITTEE:


_____
                                                                         Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                                  Entered in Computer 10/15/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                          Transferor CSA