1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4283
6  Facsimile:    (415) 554-3837

7

   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO,
   HEATHER FONG, IN HER OFFICIAL CAPACITY,
9  OFFICER ALBERTO ESPARZA, AND OFFICER LAMAR
   TONEY

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14  CRAIG LAWSON McGRIFFIN,              Case No. C07-4589 CW

15           Plaintiff,                  **STIPULATION AND [PROPOSED]
                                         ORDER TO CHANGE DATE AND/OR
16        vs.                            TIME OF CASE MANAGEMENT
                                         CONFERENCE**
17  CITY AND COUNTY OF SAN
    FRANCISCO, a municipal corporation;
18  HEATHER FONG, in her capacity as
    Chief of Police for CITY AND COUNTY
19  OF SAN FRANCISCO; ALBERT
    ESPARZA, individually, and in his
20  capacity as a police officer for CITY AND
    COUNTY OF SAN FRANCISCO;
21  LAMAR TONEY, individually, and in his
    capacity as a police officer for CITY AND
22  COUNTY OF SAN FRANCISCO, and
    DOES 1-25, inclusive,
23
             Defendants.

24

25

26

27

28

*McGiffin v. City and County of San Francisco, et al.*          1                    n:\lit\li2007\080342\00443609.doc
Case No. C07-04589

WHEREAS the Court has set a case management conference in this matter for January 15, 2008, at 2:00 p.m. in Oakland;

WHEREAS Deputy City Attorney Scott Wiener (lead counsel to Defendants) and John Burris (lead counsel to Plaintiff) will both be in trial before the Honorable Jeffrey White in *Muhammad, et al. v. City and County of San Francisco, et al.*, Case No. C06-4480, starting on January 14, 2008, and lasting for 2-3 weeks, with Judge White's trial day lasting until 1:30 p.m. (or shortly thereafter) in San Francisco;

AND WHEREAS Mr. Wiener and Mr. Burris therefore are not available for the January 15, 2008, 2:00 p.m. case management conference;

THE PARTIES HEREBY AGREE AND STIPULATE to change the date of the case management conference to any of the following dates:  January 8, 2008, February 5, 2008, February 12, 2008 (with Mr. Wiener being out of the country and unavailable from February 14, 2008, through February 29, 2008);

ALTERNATIVELY, THE PARTIES AGREE AND STIPULATE to hold the case management conference on January 15, 2007, but to start at 3:30 p.m., which will provide the parties with sufficient time to travel to Oakland from San Francisco.


Dated:  October 16, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
Deputy City Attorney

    -/s/-    Scott D. Wiener

By:_____
SCOTT D. WIENER

Attorneys for Defendants

Dated:  October 16, 2007

                        LAW OFFICES OF JOHN BURRIS

                              -/s/-   John Burris
                        By:_____
                              JOHN BURRIS

                              Attorneys for Plaintiff




                              ORDER

        IT IS HEREBY ORDERED that the previously scheduled case management conference is

vacated and that the case management conference is reset for _____, 2008, at

_____ p.m.



                        _____
                        HON. CLAUDIA WILKEN
                        UNITED STATE DISTRICT JUDGE