1     WHEREAS the Court has set a case management conference in this matter for January 15,

2   2008, at 2:00 p.m. in Oakland;

3     WHEREAS Deputy City Attorney Scott Wiener (lead counsel to Defendants) and John Burris

4   (lead counsel to Plaintiff) will both be in trial before the Honorable Jeffrey White in *Muhammad, et*

5   *al. v. City and County of San Francisco, et al.*, Case No. C06-4480, starting on January 14, 2008, and

6   lasting for 2-3 weeks, with Judge White's trial day lasting until 1:30 p.m. (or shortly thereafter) in San

7   Francisco;

8     AND WHEREAS Mr. Wiener and Mr. Burris therefore are not available for the January 15,

9   2008, 2:00 p.m. case management conference;

10    THE PARTIES HEREBY AGREE AND STIPULATE to change the date of the case

11  management conference to any of the following dates: January 8, 2008, February 5, 2008, February

12  12, 2008 (with Mr. Wiener being out of the country and unavailable from February 14, 2008, through

13  February 29, 2008);

14    ALTERNATIVELY, THE PARTIES AGREE AND STIPULATE to hold the case

15  management conference on January 15, 2007, but to start at 3:30 p.m., which will provide the parties

16  with sufficient time to travel to Oakland from San Francisco.

17

18  Dated:  October 16, 2007

19                                    DENNIS J. HERRERA
                                      City Attorney
20                                    JOANNE HOEPER
                                      Chief Trial Deputy
21                                    SCOTT D. WIENER
                                      Deputy City Attorney
22

23                                        -/s/-   Scott D. Wiener
                                    By:_____
24                                    SCOTT D. WIENER

25                                    Attorneys for Defendants

26

27

28

*McGiffin v. City and County of San Francisco, et al.*          2                    n:\lit\li2007\080342\00443609.doc
Case No. C07-04589

Dated:  October 16, 2007

LAW OFFICES OF JOHN BURRIS

By:_____
      -/s/-   John Burris
      JOHN BURRIS

Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the previously scheduled case management conference is vacated and that the case management conference is reset for _____, 2008, at _____ p.m.

_____
HON. CLAUDIA WILKEN
UNITED STATE DISTRICT JUDGE