DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4283
Facsimile:     (415) 554-3837


Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, IN HER OFFICIAL CAPACITY,
OFFICER ALBERTO ESPARZA, AND OFFICER LAMAR
TONEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG LAWSON McGRIFFIN,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for CITY AND COUNTY OF SAN FRANCISCO; ALBERT ESPARZA, individually, and in his capacity as a police officer for CITY AND COUNTY OF SAN FRANCISCO; LAMAR TONEY, individually, and in his capacity as a police officer for CITY AND COUNTY OF SAN FRANCISCO, and DOES 1-25, inclusive,<br><br>        Defendants. | Case No. C07-4589 CW<br><br>**STIPULATION AND ORDER TO CHANGE DATE AND/OR TIME OF CASE MANAGEMENT CONFERENCE** |

1    WHEREAS the Court has set a case management conference in this matter for January 15, 2008, at 2:00 p.m. in Oakland;

WHEREAS Deputy City Attorney Scott Wiener (lead counsel to Defendants) and John Burris (lead counsel to Plaintiff) will both be in trial before the Honorable Jeffrey White in *Muhammad, et al. v. City and County of San Francisco, et al.*, Case No. C06-4480, starting on January 14, 2008, and lasting for 2-3 weeks, with Judge White's trial day lasting until 1:30 p.m. (or shortly thereafter) in San Francisco;

AND WHEREAS Mr. Wiener and Mr. Burris therefore are not available for the January 15, 2008, 2:00 p.m. case management conference;

THE PARTIES HEREBY AGREE AND STIPULATE to change the date of the case management conference to any of the following dates:  January 8, 2008, February 5, 2008, February 12, 2008 (with Mr. Wiener being out of the country and unavailable from February 14, 2008, through February 29, 2008);

ALTERNATIVELY, THE PARTIES AGREE AND STIPULATE to hold the case management conference on January 15, 2007, but to start at 3:30 p.m., which will provide the parties with sufficient time to travel to Oakland from San Francisco.

Dated:  October 16, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
Deputy City Attorney

By: -/s/-   Scott D. Wiener
SCOTT D. WIENER

Attorneys for Defendants

Dated: October 16, 2007

LAW OFFICES OF JOHN BURRIS

By:    -/s/-   John Burris
      JOHN BURRIS

Attorneys for Plaintiff

### ORDER

IT IS HEREBY ORDERED that the previously scheduled case management conference is vacated and that the case management conference is reset for **January 8, 2008, at 2:00 p.m.**

10/25/07

HON. CLAUDIA WILKEN
UNITED STATE DISTRICT JUDGE

*McGiffin v. City and County of San Francisco, et al.*
Case No. C07-04589

3

c:\documents and settings\workstation\local settings\temp\notesf8c1a4\00443609.doc