DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4283
Facsimile:     (415) 554-3837


Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, IN HER OFFICIAL CAPACITY,
OFFICER ALBERTO ESPARZA, AND OFFICER LAMAR
TONEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG LAWSON McGRIFFIN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for CITY AND COUNTY OF SAN FRANCISCO; ALBERT ESPARZA, individually, and in his capacity as a police officer for CITY AND COUNTY OF SAN FRANCISCO; LAMAR TONEY, individually, and in his capacity as a police officer for CITY AND COUNTY OF SAN FRANCISCO, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. C07-4589 CW<br><br>**STIPULATION REGARDING ADR** |

1      The parties agree to referral of this matter to mediation.

2

3   Dated: December 26, 2007

4                                              DENNIS J. HERRERA
                                               City Attorney
5                                              JOANNE HOEPER
                                               Chief Trial Deputy
6                                              SCOTT D. WIENER
                                               Deputy City Attorney
7

8                                                -/s/-   Scott D. Wiener
                                        By:_____
9                                              SCOTT D. WIENER

10                                             Attorneys for Defendants

11

12  Dated: December 26, 2007

13                                             LAW OFFICES OF JOHN BURRIS

14                                               -/s/-   John Burris
                                        By:_____
15                                             JOHN BURRIS

16                                             Attorneys for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28