DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4283
Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, IN HER OFFICIAL CAPACITY,
OFFICER ALBERTO ESPARZA, AND OFFICER LAMAR
TONEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG LAWSON McGRIFFIN,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for CITY AND COUNTY OF SAN FRANCISCO; ALBERT ESPARZA, individually, and in his capacity as a police officer for CITY AND COUNTY OF SAN FRANCISCO; LAMAR TONEY, individually, and in his capacity as a police officer for CITY AND COUNTY OF SAN FRANCISCO, and DOES 1-25, inclusive,<br><br>  Defendants. | Case No. C07-4589 CW<br>**ORDER GRANTING STIPULATION REGARDING ADR** |

1 | The parties agree to referral of this matter to mediation.

3 | Dated: December 26, 2007

                    DENNIS J. HERRERA
                    City Attorney
                    JOANNE HOEPER
                    Chief Trial Deputy
                    SCOTT D. WIENER
                    Deputy City Attorney

                        -/s/-   Scott D. Wiener
             By:_____
                    SCOTT D. WIENER

                    Attorneys for Defendants

Dated: December 26, 2007

                    LAW OFFICES OF JOHN BURRIS

                        -/s/-   John Burris
             By:_____
                    JOHN BURRIS

                    Attorneys for Plaintiff

**Court-connected mediation to be held within 90 days of the date of this order.**

**DATED: 1/3/08**

IT IS SO ORDERED

Judge Claudia Wilken

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA