1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4283
6  Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, IN HER OFFICIAL CAPACITY,
OFFICER ALBERTO ESPARZA, AND OFFICER LAMAR
TONEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CRAIG LAWSON McGRIFFIN, | Case No. C07-4589 CW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for CITY AND COUNTY OF SAN FRANCISCO; ALBERT ESPARZA, individually, and in his capacity as a police officer for CITY AND COUNTY OF SAN FRANCISCO; LAMAR TONEY, individually, and in his capacity as a police officer for CITY AND COUNTY OF SAN FRANCISCO, and DOES 1-25, inclusive, | |
| Defendants. | |

1   WHEREAS the Court previously conducted a case management conference in this matter;

2   WHEREAS the Court referred the case to mediation, to be completed by April 9, 2008;

3   WHEREAS the parties are currently scheduling the key depositions that need to be completed before the mediation in order for the mediation to be productive;

5   WHEREAS the parties will be unable to complete those depositions until late April, in light of various scheduling conflicts;

7   AND WHEREAS the parties and mediator have conferred and have tentatively scheduled the mediation for the middle of May, subject to approval by the Court;

9   THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval by the Court, that the deadline to complete mediation be extended to May 23, 2008.

Dated:  February 4, 2008

    DENNIS J. HERRERA
    City Attorney
    JOANNE HOEPER
    Chief Trial Deputy
    SCOTT D. WIENER
    Deputy City Attorney

         -/s/-   Scott D. Wiener
By: _____
    SCOTT D. WIENER

    Attorneys for Defendants

Dated:  February 4, 2008

    LAW OFFICES OF JOHN BURRIS

         -/s/-   John Burris
By: _____
    JOHN BURRIS

    Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the deadline to complete mediation is extended to May 23, 2008.

———————————————————
HON. CLAUDIA WILKEN
UNITED STATE DISTRICT JUDGE