1   WHEREAS the Court previously conducted a case management conference in this matter;

2   WHEREAS the Court referred the case to mediation, to be completed by April 9, 2008;

3   WHEREAS the parties are currently scheduling the key depositions that need to be completed before the mediation in order for the mediation to be productive;

5   WHEREAS the parties will be unable to complete those depositions until late April, in light of various scheduling conflicts;

7   AND WHEREAS the parties and mediator have conferred and have tentatively scheduled the mediation for the middle of May, subject to approval by the Court;

9   THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval by the Court, that the deadline to complete mediation be extended to May 23, 2008.

Dated: February 4, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
Deputy City Attorney

By: -/s/-   Scott D. Wiener
SCOTT D. WIENER

Attorneys for Defendants

Dated: February 4, 2008

LAW OFFICES OF JOHN BURRIS

By: -/s/-   John Burris
JOHN BURRIS

Attorneys for Plaintiff

1  WHEREAS the Court previously conducted a case management conference in this matter;

2  WHEREAS the Court referred the case to mediation, to be completed by April 9, 2008;

3  WHEREAS the parties are currently scheduling the key depositions that need to be completed
4  before the mediation in order for the mediation to be productive;

5  WHEREAS the parties will be unable to complete those depositions until late April, in light of
6  various scheduling conflicts;

7  AND WHEREAS the parties and mediator have conferred and have tentatively scheduled the
8  mediation for the middle of May, subject to approval by the Court;

9  THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval by the Court, that
10  the deadline to complete mediation be extended to May 23, 2008.

12  Dated: February 4, 2008

13  DENNIS J. HERRERA
   City Attorney
14  JOANNE HOEPER
   Chief Trial Deputy
15  SCOTT D. WIENER
   Deputy City Attorney

17  -/s/- Scott D. Wiener
   By:_____
18  SCOTT D. WIENER

19  Attorneys for Defendants

21  Dated: February 4, 2008

22  LAW OFFICES OF JOHN BURRIS

23  -/s/- John Burris
   By:_____
24  JOHN BURRIS

25  Attorneys for Plaintiff

McGiffin v. City and County of San Francisco, et al.    2    c:\documents and settings\john burris\local settings\temporary
Case No. C07-04589                                           internet files\olk5\00464162.doc