DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4283
Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, IN HER OFFICIAL CAPACITY,
OFFICER ALBERTO ESPARZA, AND OFFICER LAMAR
TONEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG LAWSON McGRIFFIN,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for CITY AND COUNTY OF SAN FRANCISCO; ALBERT ESPARZA, individually, and in his capacity as a police officer for CITY AND COUNTY OF SAN FRANCISCO; LAMAR TONEY, individually, and in his capacity as a police officer for CITY AND COUNTY OF SAN FRANCISCO, and DOES 1-25, inclusive,<br><br>        Defendants. | Case No. C07-4589 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION** |

1    WHEREAS the Court previously conducted a case management conference in this matter;

2    WHEREAS the Court referred the case to mediation, to be completed by April 9, 2008;

3    WHEREAS the parties are currently scheduling the key depositions that need to be completed
4  before the mediation in order for the mediation to be productive;

5    WHEREAS the parties will be unable to complete those depositions until late April, in light of
6  various scheduling conflicts;

7    AND WHEREAS the parties and mediator have conferred and have tentatively scheduled the
8  mediation for the middle of May, subject to approval by the Court;

9    THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval by the Court, that
10  the deadline to complete mediation be extended to May 23, 2008.

12  Dated:  February 4, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
Deputy City Attorney

By:  -/s/-   Scott D. Wiener
SCOTT D. WIENER

Attorneys for Defendants

21  Dated: February 4, 2008

LAW OFFICES OF JOHN BURRIS

By:  -/s/-   John Burris
JOHN BURRIS

Attorneys for Plaintiff

*McGiffin v. City and County of San Francisco, et al.*  
Case No. C07-04589

2

n:\lit\li2007\080342\00464162.doc

## ORDER

IT IS HEREBY ORDERED that the deadline to complete mediation is extended to May 23, 2008.

2/11/08

_____
HON. CLAUDIA WILKEN
UNITED STATE DISTRICT JUDGE