The parties hereby agree and stipulate as follows:

1. Plaintiff Craig Lawson McGiffin (erroneously named herein as Craig Lawson McGriffin) hereby dismisses with prejudice this entire lawsuit, including all causes of actions against all defendants.

2. Defendants waive their costs of suit and any claim that they may have for attorneys fees.

Dated: April 4, 2008

>DENNIS J. HERRERA
>City Attorney
>JOANNE HOEPER
>Chief Trial Deputy
>SCOTT D. WIENER
>Deputy City Attorney
>
>By: -/s/- Scott D. Wiener
>SCOTT D. WIENER
>
>Attorneys for Defendants

Dated: April 4, 2008

>LAW OFFICES OF JOHN BURRIS
>
>By: -/s/- John Burris
>JOHN BURRIS
>
>Attorneys for Plaintiff

ORDER

Pursuant to the parties' stipulation set forth above, this entire lawsuit — as to all defendants, all claims for relief, and all causes of action — is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

---

HON. CLAUDIA WILKEN
UNITED STATE DISTRICT JUDGE