1  DENNIS J. HERRERA, State Bar #139669
City Attorney
2  JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
4  Fox Plaza
1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
Telephone:    (415) 554-4283
6  Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, IN HER OFFICIAL CAPACITY,
OFFICER ALBERTO ESPARZA, AND OFFICER LAMAR
TONEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG LAWSON McGRIFFIN,<br><br>            Plaintiff,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for CITY AND COUNTY OF SAN FRANCISCO; ALBERT ESPARZA, individually, and in his capacity as a police officer for CITY AND COUNTY OF SAN FRANCISCO; LAMAR TONEY, individually, and in his capacity as a police officer for CITY AND COUNTY OF SAN FRANCISCO, and DOES 1-25, inclusive,<br><br>            Defendants. | Case No. C07-4589 CW<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The parties hereby agree and stipulate as follows:

1. Plaintiff Craig Lawson McGiffin (erroneously named herein as Craig Lawson McGriffin) hereby dismisses with prejudice this entire lawsuit, including all causes of actions against all defendants.

2. Defendants waive their costs of suit and any claim that they may have for attorneys fees.

Dated: April 4, 2008

> DENNIS J. HERRERA
> City Attorney
> JOANNE HOEPER
> Chief Trial Deputy
> SCOTT D. WIENER
> Deputy City Attorney
>
> By: -/s/- Scott D. Wiener
> SCOTT D. WIENER
>
> Attorneys for Defendants

Dated: April 4, 2008

> LAW OFFICES OF JOHN BURRIS
>
> By: -/s/- John Burris
> JOHN BURRIS
>
> Attorneys for Plaintiff

## ORDER

Pursuant to the parties' stipulation set forth above, this entire lawsuit — as to all defendants, all claims for relief, and all causes of action — is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

4/10/08

HON. CLAUDIA WILKEN
UNITED STATE DISTRICT JUDGE

McGiffin v. City and County of San Francisco, et al.
Case No. C07-04589
2
c:\documents and settings\workstation\local settings\temp\notesf8c1a4\00476584.doc